UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>REYNA-CERON,<br><br>           Defendant. | Case No. 15-cr-00579-VC-1<br><br>**ORDER DENYING MOTION FOR COMPASSIONATE RELEASE**<br><br>Re: Dkt. No. 765 |

The motion for compassionate release is denied for exactly the reasons stated in Section III.B.3 in the government's opposition brief.

**IT IS SO ORDERED.**

Dated: June 22, 2020

VINCE CHHABRIA
United States District Judge