UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>REYNA-CERON,<br><br>        Defendant. | Case No. 15-cr-00579-VC-2<br><br>**ORDER UNSEALING RECORDS**<br><br>Re: Dkt. Nos. 769, 774 |

      No renewed motion to seal was filed in response to the order denying the first motion to seal Reyna-Ceron's medical records. The records are thus unsealed and must be filed publicly on the docket no later than Tuesday, July 21, 2020.

      **IT IS SO ORDERED.**

Dated: July 17, 2020

_____
VINCE CHHABRIA
United States District Judge